```
 1  SHOOK, HARDY & BACON L.L.P.
    R. Scott LaSalle (SBN: 188287)
 2  Jamboree Center
    5 Park Plaza, Suite 1600
 3  Irvine, California 92614-2546
    Telephone: 949.475.1500
 4  Facsimile:  949.475.0016
 5
    Attorneys for Defendant C. R. Bard, Inc.
 6
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV09-9153 DDP(EX)

| | |
|---|---|
| DEBRA BROUSSARD and ROBERT BROUSSARD, wife and husband,<br><br>Plaintiffs,<br><br>vs.<br><br>CALDERA MEDICAL, INC., a California corporation; C. R. BARD, INC. a New Jersey corporation; DOES ONE through FIFTEEN,<br><br>Defendants. | Case No.<br><br>**C. R. BARD, INC.'S NOTICE OF RELATED CASES**<br><br>[Filed Concurrently with Notice of Removal of Action; Corporate Disclosure Statement; Certification of Interested Parties; and Civil Cover Sheet]<br><br>Complaint filed: May 21, 2009 |

Pursuant to United State District Court, Central District of California, Local Rules, rule 83-1.3.1, defendant C. R. Bard, Inc. hereby gives notice that there are no related cases pending in this Court.

Dated: December 14, 2009

SHOOK, HARDY & BACON, LLP

By: _____
R. Scott LaSalle
Attorneys for Defendant C. R. BARD, INC.

NOTICE OF RELATED CASES

62631V1

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1600, Irvine, California 92614.

On December 14, 2009 I served on the interested parties in said action the within:

**C. R. BARD, INC.'S NOTICE OF RELATED CASES**

by placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list.

☒ (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ (FAX) I caused such document(s) to be served via facsimile on the interested parties at their facsimile numbers listed above. The facsimile numbers used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a report of the transmission, a copy of which is attached to the original of this declaration.

☐ (HAND DELIVERY) By placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such envelope(s) to be delivered by hand to the addressee(s) designated.

☐ (BY FEDERAL EXPRESS, AN OVERNIGHT DELIVERY SERVICE) By placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such envelope(s) to be delivered to the FEDERAL EXPRESS Service Center, and for such envelope(s) to be delivered by their next business day delivery service to the addressee designated.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 14, 2009, at Irvine, California.

Kim Brunton
(Type or print name)      (Signature)

24242v1

## SERVICE LIST

Robert F. Arentz, Esq.
Lowell W. Finson, Esq.
Phillips & Associates
20 East Thomas Road, Suite 2600
Phoenix, AZ 85012

Tel: 602-258-8900
Fax: 602-288-1671
Email: lowellf@phillipslaw.ws
**Attorneys for Plaintiffs**

24242v1