UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-9153-DMG(Ex) | Date | FEBRUARY 26, 2010 |

Title   *Debra Broussard, et al., v Caldera Medical, Inc., et al,*

Present: The Honorable   DOLLY M. GEE., UNITED STATES DISTRICT COURT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES (NON-MOTION)

It appearing from the complaint and notice of removal herein that (1) plaintiffs are citizens of Louisiana and the remaining defendant, C. R. Bard, Inc., ("Bard"), is a citizen of New Jersey and (2) all of the underlying facts and transactions occurred in Louisiana.

IT IS ORDERED that counsel show cause in writing why this action should not be transferred to a U. S. District Court in Louisiana. Defendant Bard shall file a memorandum of points and authorities addressing the issue no later than March 5, 2010; plaintiff shall file a response no later than March 16, 2010, upon the filing of which, this matter shall stand submitted.

**IT IS SO ORDERED.**

cc: all parties

| | | |
|---|---|---|
| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys |